**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7346**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN GERALD GERANT, a/k/a Jerry,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Harvey II, Senior District Judge. (CR-91-126-H, CA-97-1181-H)

─────────────

Submitted: August 31, 1999          Decided: September 23, 1999

─────────────

Before MURNAGHAN, ERVIN,[*] and WILLIAMS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

John Gerald Gerant, Appellant Pro Se.   Andrew George Warrens Norman, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

─────────────

[*] Judge Ervin participated in the consideration of this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Gerald Gerant appeals the district court's order granting in part and denying in part his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. United States v. Gerant, Nos. CR-91-126-H; CA-97-1181-H (D. Md. Sept. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED